IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

APRIL DACHSTEINER :

v. : NO. 12-3357

STEINER MEDICAL & THERAPEUTIC :
CENTER, PC, and
IRA SCOTT CANTOR
:

JUDGMENT



FILED
JAN 17 2013
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

BEFORE BAYLSON, J.

AND NOW, to wit, this 17th day of January, 2013, in accordance with Defendants offer of judgment and plaintiff's acceptance pursuant to F.R.C.P. 68,

It is ORDERED that judgment is entered in favor of plaintiff APRIL DACHSTEINER and against defendants STEINER MEDICAL & THERAPEUTIC and IRA SCOTT CANTOR in the amount of $8,127.84 together with interest and costs.

BY THE COURT:

ATTEST:

*Richard Sabol*
Richard Sabol, Deputy Clerk.

ENTERED
JAN 18 2013
CLERK OF COURT

judg